**Kevin DeWayne GRAHAM, Plaintiff–Appellant,**

v.

**Gerald K. WASHINGTON, Chief Warden; J. Harmon, Inmate Hearing Officer; Lieutenant Le'Sueur, Investigator; L. Harper, Internal Affairs Agent; H. Diggs, Warden; J. Kimbriel, Inspector General; R.K. Dent, Senior Assistant Chief Investigator; N.K. Broughton, Chief Special Investigator, Defendants–Appellees.**

No. 08–6179.

United States Court of Appeals, Fourth Circuit.

Submitted: June 6, 2008.
Decided: June 18, 2008.

Kevin DeWayne Graham, Appellant Pro Se.

Before MICHAEL and MOTZ, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin DeWayne Graham appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action pursuant to 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Graham v. Washington,* No. 7:07–cv–00381–sgw–mfu, 2007 WL 4613037 (W.D.Va. Dec. 31, 2007). We deny Graham's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*